```
            FILED        ____ RECEIVED
       ____ ENTERED      ____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

            MAR 2 5 2010

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
   BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HARALD RICHTER,

    Plaintiff,

v.

SUPA TECHNOLOGY, CO., *et al.*,

    Defendants.

Case No. 2:08-cv-00005-LDG (GWF)

**<u>VERDICT</u>**

1. Does the Supa Technology GO 5 mount infringe United States Patent No. 6,749,160?

      ✓
    Yes            No

2. Does the Supa Technology GO 5 mount infringe United States Patent No. 7,178,771?

      ✓
    Yes            No

3. Does the Supa Technology GO 6 mount infringe United States Patent No. 6,749,160?

      ✓
    Yes            No

4. Does the Supa Technology GO 700 mount infringe United States Patent No. 7,178,771?

   ✓ Yes         ___ No

5. Does the Supa Technology GO 800 mount infringe United States Patent No. 7,178,771?

   ✓ Yes         ___ No

**PATENT VALIDITY**

6. Is United States Patent No. 6,749,160 valid?

   ✓ Yes         ___ No

7. Is United States Patent No. 7,178,771 valid?

   ✓ Yes         ___ No

If you have found that Defendant Supa Technology has infringed one or both of the patents-in-suit (a "yes" answer to questions 1, 2, 3, 4, or 5), and you have found that the patent or patents infringed upon by Supa Technology is valid (questions 6 or 7), then please answer the remaining questions.

**DAMAGES**

8. What were the total number of units of GO 5 sold by Supa Technology after it received notice of United States Patent No. 6,749,160? 49,123

9. What were the total number of units of GO 5 sold by Supa Technology after it received notice of United States Patent No. 7,178,771? 49,123

10. What were the total number of units of GO 700 and GO 800 sold by Supa Technology after it received notice of United States Patent No. 7,178,771? 100,930

11. What was the reasonable royalty rate for the patents-in-suit as of the first date infringement began? $ 2.08

**WILLFULNESS OF INFRINGEMENT**

12. Was the infringement by Supa Technology a willful infringement?

   ✓ Yes       ___ No

DATED this 25 day of MARCH, 2010.

/S/
Foreperson