UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*

| | |
|---|---|
| HARALD RICHTER, | 2:08-cv-005 LDG |
| Plaintiff(s), | |
| vs. | |
| SUPA TECHNOLOGY CO LTD et al, | |
| Defendant(s). | |

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/13/13

U.S. DISTRICT JUDGE